613 A.2d 1206

**Gail P. HILL, Appellant at No. 91,**

v.

**PORT AUTHORITY TRANSIT SYSTEM OF ALLEGHENY COUNTY, Appellant at No. 92.**

Supreme Court of Pennsylvania.

Argued Sept. 24, 1992.

Decided Oct. 14, 1992.

Arthur L. Schwarzwaelder, Gregory A. Gross, Dickie, McCamey & Chilcote, P.C., Pittsburgh, for appellant.

James J. Flaherty, Michael E. Flaherty, Flaherty & Sheehy, Pittsburgh, for appellant.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

458

ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., did not participate in the consideration or decision of this case.